1   CAMERON STOUT, CASB NO. 117373
    GARRETT R. WYNNE, CASB NO. 220665
2   KEESAL, YOUNG & LOGAN
    A Professional Corporation
3   Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
4   Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
5
    Attorneys for Defendant and Cross-Complainant
6   WEDBUSH MORGAN SECURITIES INC.

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12   ACORN CAPITAL GROUP LLC,          )   Case No. C 06 1674 JSW
                                       )
13                        Plaintiff,   )   **SECOND STIPULATION AND
                                       )   [PROPOSED] ORDER FOR
14           vs.                       )   CONTINUING CERTAIN PRETRIAL
                                       )   DATES**
15   WEDBUSH MORGAN SECURITIES and     )
     MAX SAFDIE,                       )
16                                     )
                          Defendants.  )
17   _____  )
                                       )
18   AND RELATED CROSS-COMPLAINTS      )
     _____  )
19

20

21   I.      INTRODUCTION

22           On June 15, 2007 the parties submitted their Stipulation and [Proposed]

23   Order for Continuing Certain Pretrial Dates.  On June 20, 2007, the Court issued an

24   Order setting forth the following dates:

25

26       Trial Date:                              **January 14, 2008**

27       Pretrial Conference:                     **December 17, 2007**

28       Last Day to Hear Dispositive Motions:    **October 19, 2007**

1 | Last Day for Expert Discovery: **September 7, 2007**

2 | Close of Non-Expert Discovery: **July 31, 2007**

3

4      Discovery in this matter is nearly complete. The parties have: (1) deposed

5 most of the Acorn-affiliated percipient witnesses; (2) conducted the first portion of Max

6 and Edward Safdie's depositions; and (3) cooperated regarding the scheduling of the

7 deposition of the remaining percipient witnesses including Wedbush's 30 (b)(6) witness

8 and Jeffrey Brandon (a former Wedbush manager). The parties have also propounded

9 and responded to written discovery requests. Acorn and Wedbush are working

10 productively with one another to ensure that discovery is concluded as soon as possible.

11      Because the parties are engaged in settlement discussions, and in light of

12 the upcoming August 8, 2007 Settlement Conference, they respectfully request that the

13 Court extend the expert and non-expert discovery deadlines as well as the dispositive

14 motion deadline so that they will not need to incur any additional significant attorney's

15 fees while settlement is explored.

16      Accordingly, the parties have entered into the following stipulation, and

17 respectfully request that the Court execute this Proposed Order based on that

18 stipulation.

19

20 **II. STIPULATION**

21      The parties, by and through their attorneys of record herein, submit their

22 Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

23      **1.**    **The deadline to complete non-expert discovery may be**

24           **continued from 7/31/07 to 8/31/07;**

25      **2.**    **The deadline to complete expert discovery may be continued**

26           **from 9/7/07 to 10/8/07 (with expert disclosures due by 9/17/07);**

27           **and**

28

KYL_SF455023

SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL
DATES
Case No. C 06 1674 JSW

3. **The deadline to hear dispositive motions may be continued from 10/19/07 to 11/16/07.**

IT IS SO STIPULATED.

DATED: July 30, 2007

ROBERT S. NIEMANN
AARON BELZER
SEYFARTH SHAW LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: July 30, 2007

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-
Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: July ___, 2007

MAX SAFDIE, *IN PRO PER*

- 3 -

KYL_SF455023

SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL
DATES
Case No. C 06 1674 JSW

1        **3.**     **The deadline to hear dispositive motions may be continued**

2     **from 10/19/07 to 11/16/07.**

3

4     IT IS SO STIPULATED.

5

6  DATED: July ___, 2007

                         _____

7                                ROBERT S. NIEMANN
                                AARON BELZER

8                                SEYFARTH SHAW LLP
                                Attorneys for Plaintiff

9                                ACORN CAPITAL GROUP LLC

10  DATED: July ___, 2007

                         _____

11                                CAMERON STOUT
                                GARRETT R. WYNNE

12                                KEESAL, YOUNG & LOGAN
                                Attorneys for Defendant and Cross-

13                                Complainant
                                WEDBUSH MORGAN SECURITIES INC.

14

15

16  DATED: July _30_, 2007

                         MAX SAFDIE, *IN PRO PER*

17

18

19

20

21

22

23

24

25

26

27

28

                 KYL_SF455023

SECOND STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL
DATES
Case No. C 06 1674 JSW

1

## ORDER

2          Based on the stipulation of the parties and good cause appearing, the Court

3   hereby vacates certain of the previously-set pretrial dates and amends the Court's

4   Scheduling Order as follows:

5          1.      **The deadline to complete non-expert discovery is continued**

6                  **from 7/31/07 to 8/31/07;**

7          2.      **The deadline to complete expert discovery is continued from**

8                  **9/7/07 to 10/8/07 (with expert disclosures due by 9/17/07); and**

9          3.      **The deadline to hear dispositive motions is continued from**

10                 **10/19/07 to ~~11/16/07.~~** 11/30/07 at 9:00 a.m.

The Court FURTHER ORDERS that the pretrial conference is CONTINUED from December 17, 2007 to January 28, 2008 at 2:00 p.m. and the trial is CONTINUED from January 14, 2008 to February 25, 2008 at 8:30 a.m.

12

13   Dated:  July 31, 2007                    _____

14                                           HONORABLE JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -                                              KYL_SF455023

SECOND STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW