UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACORN CAPITAL GROUP, LLC

    Plaintiff,                                   No. C 06-01674 JSW (EDL)

    v.                                        ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

WEDBUSH MORGAN SECURITIES,
et al.,

    Defendant.

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 26, 2007, Susan Jacquemot requested Acorn Capital Group's CEO, Marlon Quan, to be excused from personally appearing at the settlement conference scheduled for August 8, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Marlon Quan be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on August 8, 2007.

If the Court concludes that the absence of Mr. Quan is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: August 3, 2007

                                                                         _____
                                                                         ELIZABETH D. LAPORTE
                                                                         United States Magistrate Judge