```
CAMERON STOUT, CASB NO. 117373
GARRETT R. WYNNE, CASB NO. 220665
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORN CAPITAL GROUP LLC, | Case No. C 06 1674 JSW |
| Plaintiff, | **THIRD STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES** |
| vs. | |
| WEDBUSH MORGAN SECURITIES and MAX SAFDIE, | |
| Defendants. | |
| AND RELATED CROSS-COMPLAINTS | |

### I. INTRODUCTION

On July 30, 2007 the parties submitted their Second Stipulation and [Proposed] Order for Continuing Certain Pretrial Dates. On July 31, 2007, the Court issued an Order setting forth the following dates:

| | |
|---|---|
| Trial Date: | February 25, 2008 at 8:30 a.m. |
| Pretrial Conference: | January 28, 2008 at 2:00 p.m. |

- 1 -

| | |
|---|---|
| Last Day to Hear Dispositive Motions: | **November 30, 2007 at 9:00 a.m.** |
| Last Day for Expert Discovery: | **October 8, 2007** |
| Close of Non-Expert Discovery: | **August 31, 2007** |

Discovery in this matter is nearly complete. The parties have: (1) deposed most of the Acorn-affiliated percipient witnesses; (2) conducted the first portion of Max and Edward Safdie's depositions; and (3) cooperated regarding the scheduling of the deposition of the remaining percipient witnesses including Wedbush's 30 (b)(6) witness and Jeffrey Brandon (a former Wedbush manager). The parties have also propounded and responded to written discovery requests. Acorn and Wedbush are working productively with one another to ensure that discovery is concluded as soon as possible.

Because the parties are engaged in settlement discussions, and because the previously-scheduled August 8, 2007 Settlement Conference before Magistrate Judge Laporte was recently re-scheduled to October 26, 2007, they respectfully request that the Court extend the expert and non-expert discovery deadlines as well as the dispositive motion deadline so that they will not need to incur any additional significant attorney's fees while settlement is explored.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. **The deadline to complete non-expert discovery may be continued from 8/31/07 to 11/09/07;**

2. **The deadline to complete expert discovery may be continued**

- 2 -

THIRD STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

KYL_SF455944

from 10/8/07 to 12/17/07 (with expert disclosures due by 12/3/07); and

3. The deadline to hear dispositive motions may be continued from 11/30/07 at 9:00 a.m. to 1/31/08 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: August ___, 2007

ROBERT S. NIEMANN
AARON BELZER
SEYFARTH SHAW LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: August 27, 2007

*[signature]*

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: August ___, 2007

MAX SAFDIE, *IN PRO PER*

1       from 10/8/07 to 12/17/07 (with expert disclosures due by

2       12/3/07); and

3

4   3.    The deadline to hear dispositive motions may be continued

5       from 11/30/07 at 9:00 a.m. to 1/31/08 at 9:00 a.m.

6

7   IT IS SO STIPULATED.

8

9 DATED: August 27, 2007

                ROBERT S. NIEMANN
10                   AARON BELZER
                      SEYFARTH SHAW LLP
11                   Attorneys for Plaintiff
                      ACORN CAPITAL GROUP LLC
12

13 DATED: August ___, 2007

14                   CAMERON STOUT
                      GARRETT R. WYNNE
15                   KEESAL, YOUNG & LOGAN
                      Attorneys for Defendant and Cross-
16                   Complainant
17                   WEDBUSH MORGAN SECURITIES INC.

18

19 DATED: August ___, 2007

20                   MAX SAFDIE, *IN PRO PER*

21

22

23

24

25

26

27

28

- 3 -

KYL_SF455944

THIRD STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

from 10/8/07 to 12/17/07 (with expert disclosures due by 12/3/07); and

3. The deadline to hear dispositive motions may be continued from 11/30/07 at 9:00 a.m. to 1/31/08 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: August ___, 2007

ROBERT S. NIEMANN
AARON BELZER
SEYFARTH SHAW LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: August ___, 2007

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: August 28, 2007

MAX SAFDIE, *IN PRO PER*

---

- 3 -

THIRD STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

KYL_SF455944

# ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1. The deadline to complete non-expert discovery is continued from 8/31/07 to 11/09/07;

2. The deadline to complete expert discovery is continued from 10/8/07 to 12/17/07 (with expert disclosures due by 12/03/07); and

3. The deadline to hear dispositive motions is continued from 11/30/07 at 9:00 a.m. to ~~1/31/08~~ 2/1/08 at 9:00 a.m.

The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED from January 28, 2008 and February 25, 2008 to April 7, 2008 at 2:00 p.m. and May 12, 2008 at 8:30 a.m., respectively.

Dated: August 29, 2007

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 4 -
THIRD STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

KYL_SF455944