**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACORN CAPITAL GROUP,

    Plaintiff,

    v.

WEDBUSH MORGAN SECURITIES,

    Defendant.
_____/

No. C 06-01674 JSW  (EDL)

NOTICE AND ORDER SETTING
<u>SETTLEMENT CONFERENCE</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference in this matter is scheduled for October 26, 2007, at 9:30 a.m., in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**<u>Any updates to the parties' confidential settlement conference statements shall be lodged with the Court no later than October 19, 2007.</u>**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: September 17, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge