CAMERON STOUT, CASB NO. 117373
cameron.stout@kyl.com
GARRETT R. WYNNE, CASB NO. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORN CAPITAL GROUP LLC, | Case No. C 06 1674 JSW |
| Plaintiff, | **FOURTH STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES** |
| vs. | |
| WEDBUSH MORGAN SECURITIES and MAX SAFDIE, | |
| Defendants. | |
| AND RELATED CROSS-COMPLAINTS | |

I.  INTRODUCTION

On August 28, 2007 the parties submitted their Third Stipulation and [Proposed] Order for Continuing Certain Pretrial Dates. On August 29, 2007, the Court issued an Order setting forth the following dates:

Trial Date:                              May 12, 2008 at 8:30 a.m.

Pretrial Conference:                     April 7, 2008 at 2:00 p.m.

- 1 -                                    KYL_SF457745

THIRD STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

| | |
|---|---|
| Last Day to Hear Dispositive Motions: | **February 1, 2008 at 9:00 a.m.** |
| Last Day for Expert Discovery: | **December 17, 2007** |
| Close of Non-Expert Discovery: | **November 09, 2007** |

On October 26, 2007 the parties participated in a Settlement Conference before Magistrate Judge Elizabeth D. Laporte. The parties are scheduled to participate in an additional Settlement Conference before Judge Laporte on November 16, 2007. Because the parties are engaged in settlement discussions, and because they are scheduled to participate in an additional Settlement Conference on November 16, 2007, they respectfully request that the Court extend the expert and non-expert discovery deadlines as well as the dispositive motion deadline so that they will not need to incur any additional significant attorney's fees while settlement is explored.

Discovery in this matter is nearly complete. The parties have: (1) deposed most of the Acorn-affiliated percipient witnesses; (2) conducted the first portion of Max and Edward Safdie's depositions; and (3) cooperated regarding the scheduling of the deposition of the remaining percipient witnesses including Wedbush's 30 (b)(6) witness and Jeffrey Brandon (a former Wedbush manager). The parties have also propounded and responded to written discovery requests. Acorn and Wedbush are working productively with one another to ensure that discovery is concluded as soon as possible.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. **The deadline to complete non-expert discovery may be**

1         continued from 11/09/07 to 1/15/08;

2     2.    The deadline to complete expert discovery may be continued from 12/17/07 to 2/22/08 (with expert disclosures due by 2/08/08); and

3     3.    The deadline to hear dispositive motions may be continued from 2/01/08 at 9:00 a.m. to 4/01/08 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: November 1, 2007

*/s/ Susan Jacquemot*
GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: November ___, 2007

_____
CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: November ___, 2007

_____
MAX SAFDIE, *IN PRO PER*

continued from 11/09/07 to 1/15/08;

2. The deadline to complete expert discovery may be continued from 12/17/07 to 2/22/08 (with expert disclosures due by 2/08/08); and

3. The deadline to hear dispositive motions may be continued from 2/01/08 at 9:00 a.m. to 4/01/08 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: November ___, 2007

GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: November 6, 2007

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: November 6, 2007

MAX SAFDIE, *IN PRO PER*

- 3 -
KYL_SF457745
FOURTH STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1. The deadline to complete non-expert discovery may be continued from 11/09/07 to 1/15/08;

2. The deadline to complete expert discovery may be continued from 12/17/07 to 2/22/08 (with expert disclosures due by 2/08/08); and

3. The deadline to hear dispositive motions may be continued from 2/01/08 at 9:00 a.m. to ~~4/01/08~~ 4/25/07 at 9:00 a.m.

The pretrial conference is CONTINUED to June 30, 2008 at 2:00 p.m. and the trial is CONTINUED to July 21, 2008 at 8:30 a.m.

Dated: November 8, 2007

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 4 -
KYL_SF457745
FOURTH STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW