1  CAMERON STOUT, CASB NO. 117373
   cameron.stout@kyl.com
2  GARRETT R. WYNNE, CASB NO. 220665
   garrett.wynne@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendant and Cross-Complainant
7  WEDBUSH MORGAN SECURITIES INC.

8

9  GEOFFREY POTTER, New York Attorney Registration No. 2252302
   gpotter@kramerlevn.com
10 SUSAN JACQUEMOT, New York Attorney Registration No. 2489714
   sjacquemot@kramerlevn.com
11 KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
12 New York, New York 10036
   Telephone:  (212) 715-9329
13 Facsimile:  (212) 715-8329

14 Attorneys for Plaintiff
   ACORN CAPITAL GROUP LLC
15

16

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19

20 ACORN CAPITAL GROUP LLC,          )   Case No. C 06 1674 JSW
                                     )
21                   Plaintiff,      )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER FOR CONTINUING CERTAIN**
22       vs.                         )   **PRETRIAL DATES**
                                     )
23 WEDBUSH MORGAN SECURITIES and     )
24 MAX SAFDIE,                       )
                                     )
25                   Defendants.     )
                                     )
26 _____  )
                                     )
27 AND RELATED CROSS-COMPLAINTS      )
                                     )
28
                                    - 1 -                    KYL_SF459112

## I. INTRODUCTION

On November 7, 2007 the parties submitted their most recent and [Proposed] Order for Continuing Certain Pretrial Dates. On November 8, 2007, the Court issued an Order setting forth the following dates:

| | |
|---|---|
| Trial Date: | **July 21, 2008 at 8:30 a.m.** |
| Pretrial Conference: | **June 30, 2008 at 8:30 a.m.** |
| Last Day to Hear Dispositive Motions: | **April 25, 2008 at 9:00 a.m.** |
| Last Day for Expert Discovery: | **February 22, 2008** |
| Close of Non-Expert Discovery: | **January 15, 2008** |

On October 26, 2007 and November 16, 2007, the parties participated in settlement conferences before Magistrate Judge Elizabeth D. Laporte. At the conclusion of the November 16, 2007 settlement conference, the parties agreed to continue their settlement discussions and to postpone formal discovery while they explored settlement. From November 16, 2007 until January 4, 2008 the parties engaged in extensive negotiations, both directly through counsel and with the assistance of Judge Laporte. Despite these diligent efforts, the parties have recently concluded that it is very unlikely that they will reach a settlement. Accordingly, in order to prepare for trial, the parties will need to resume limited formal discovery.

Discovery in this matter is nearly complete. The parties have: (1) deposed most of the Acorn-affiliated percipient witnesses; (2) conducted the first portion of Max and Edward Safdie's depositions; and (3) cooperated regarding the scheduling of the depositions of the remaining percipient witnesses including Wedbush's 30 (b)(6) witness and Jeffrey Brandon (a former Wedbush manager). The parties have also propounded and responded to written discovery requests. Acorn and Wedbush are working productively with one another to ensure that discovery is concluded as soon as possible.

1        Accordingly, the parties have entered into the following stipulation, and

2  respectfully request that the Court execute this Proposed Order based on that

3  stipulation.

4

5  **II.  STIPULATION**

6        The parties, by and through their attorneys of record herein, submit their

7  Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

8       1.    **The deadline to complete non-expert discovery may be**

9          **continued from 1/05/08 to 3/17/08;**

10       2.    **The deadline to complete expert discovery may be continued**

11          **from 2/22/08 to 4/24/08 (with expert disclosures due by**

12          **4/10/08); and**

13       3.    **The deadline to hear dispositive motions may be continued**

14          **from 4/25/08 at 9:00 a.m. to 6/24/08 at 9:00 a.m.**

15       4.    **In the event the Court elects to move the trial date from its**

16          **current commencement date of July 21, 2008, the parties**

17          **respectfully request that the Court set the first date for one**

18          **the following days:  (a) September 8, 2008, (b) September 15,**

19          **2008, (c) October 20, 2008, (d) November 3, 2008, or (e)**

20          **November 10, 2008.**

21

22      IT IS SO STIPULATED.

23

24  DATED:  January _11_, 2008

25                                GEOFFREY POTTER

26                                SUSAN JACQUEMOT

                                KRAMER LEVIN NAFTALIS & FRANKEL

                                LLP

27                                Attorneys for Plaintiff

                                ACORN CAPITAL GROUP LLC

28

KYL SF459112
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

DATED: January 11, 2008

_[signature]_
CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Cross-Complainant
WEDBUSH MORGAN SECURITIES INC.

DATED: January 10, 2008

_[signature]_
MAX SAFDIE, *IN PRO PER*

KYL_SF459112

STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1.    **The deadline to complete non-expert discovery may be continued from 1/15/08 to 3/17/08;**

2.    **The deadline to complete expert discovery may be continued from 2/22/08 to** ~~4/24/08~~ 3/21/08 **(with expert disclosures due by 2/08/08); and**

3.    **The deadline to hear dispositive motions may be continued from 4/01/08 at 9:00 a.m. to** ~~6/24/08~~ 5/9/08 **at 9:00 a.m.**

4.    **The pretrial conference is continued to** _8/4/08_ **at** _2:00_ p.m. **and the trial is continued to** 9/8/08 at 8:30 a.m.

Dated:  January 14, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

KYL_SF459112
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING CERTAIN PRETRIAL DATES
Case No. C 06 1674 JSW