1  CAMERON STOUT, CASB NO. 117373
   cameron.stout@kyl.com
2  GARRETT R. WYNNE, CASB NO. 220665
   garrett.wynne@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Suite 1500
   Four Embarcadero Center
5  San Francisco, California 94111
   Telephone: (415) 398-6000
6  Facsimile: (415) 981-0136

7  Attorneys for Defendant and Third Party Plaintiff
   WEDBUSH MORGAN SECURITIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORN CAPITAL GROUP, LLC., | Case No. C 06 1674 JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUING EXPERT DISCOVERY DATES |
| WEDBUSH MORGAN SECURITIES INC. and MAX SAFDIE, | |
| Defendants. | |

AND RELATED CROSS-ACTION

## I. INTRODUCTION

On January 11, 2008, the parties submitted their most recent [Proposed] Order for Continuing Certain Pretrial Dates. On January 14, 2008, the Court issued an Order setting forth the following dates:

| | |
|---|---|
| Trial Date: | September 8, 2008 at 8:30 a.m. |
| Pretrial Conference: | August 4, 2008 at 2:00 p.m. |
| Last Day to Hear Dispositive Motions: | May 9, 2008 at 9:00 a.m. |
| Last Day for Expert Discovery: | March 21, 2008 |

- 1 -

| | |
|---|---|
| Last Day for Expert Disclosures: | February 8, 2008 |
| Close of Non-Expert Discovery: | March 17, 2008 |

In its present form, the Court's January 14, 2008 Order calls for expert discovery to be completed four days after the completion of fact discovery. However, the parties have scheduled depositions of percipient witnesses for the weeks of March 4, 2008 and March 11, 2008, and the testimony elicited during those depositions is likely to bear upon the issues to be addressed by the parties' respective experts in their reports and testimony. Accordingly, to allow sufficient time for the parties' experts to consider the upcoming deposition testimony in formulating their opinions and testimony, the parties respectfully request that the Court move the deadline to complete expert discovery to April 11, 2008, with expert disclosures to be exchanged on or before March 24, 2008.[1] This additional time will not impact any of the Court's other deadlines, as the trial is not set to commence until September 8, 2008.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

---

[1] With regard to the deadline for expert disclosures, we note that the date of February 8, 2008 that was included in the Court's January 14, 2008 Order was actually intended by the parties to be April 10, 2008, as reflected in the parties' stipulation. We apologize to the Court for any confusion caused by this typographical error, which unfortunately was noted only after counsel received the Court's Order.

| | |
|---|---|
| 1 | II. STIPULATION |
| 2 | The parties, by and through their attorneys of record herein, submit their |
| 3 | Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows: |
| 4 | |
| 5 | 1. The deadline to complete expert discovery may be continued from 3/21/08 to |
| 6 | 4/11/08 (with expert disclosures due by 3/24/08). |
| 7 | IT IS SO STIPULATED. |

DATED: February 12, 2008

GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: February 12, 2008

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Third-Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

DATED: February 12, 2008

MAX SAFDIE, *IN PROPER*

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1. The deadline to complete expert discovery may be continued from 3/21/08 to 4/11/08 (with expert disclosures due by 3/24/08).

Dated: February 19, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

KYL_SF459900