```
 1  CAMERON STOUT, CASB NO. 117373
    cameron.stout@kyl.com
 2  GARRETT R. WYNNE, CASB NO. 220665
    garrett.wynne@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Suite 1500
    Four Embarcadero Center
 5  San Francisco, California 94111
    Telephone:  (415) 398-6000
 6  Facsimile:  (415) 981-0136

 7  Attorneys for Defendant and Third Party Plaintiff
    WEDBUSH MORGAN SECURITIES INC.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ACORN CAPITAL GROUP, LLC., | ) Case No. C 06 1674 JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR CONTINUING** |
| WEDBUSH MORGAN SECURITIES INC. | ) **DISCOVERY DATES** |
| and MAX SAFDIE, | ) |
| Defendants. | ) |
| AND RELATED CROSS-ACTION | ) |

## I. INTRODUCTION

On February 12, 2008, the parties submitted their most recent [Proposed] Order for Continuing Expert Discovery Dates. On February 19, 2008, the Court issued an Order continuing the Expert Discovery deadline to April 11, 2008 (from March 21, 2008). The deadline of March 17, 2008 for the parties to complete Non-Expert Discovery was not changed by the Court's February 19, 2008 Order.

In order to complete Non-Expert discovery by the March 17, 2008 deadline, the parties conferred and scheduled the remaining percipient witness depositions as follows:

1. March 4, 2008: **Jeffrey Brandon** (former Wedbush employee and Rule 30(b)(6) witness) / Deposition in San Francisco, CA;

2. March 5, 2008: **Max Safdie** (Defendant and former Wedbush employee) / Deposition in San Franciosco, CA;

3. March 6, 2008: **Michael Ohlson** (Rule 30(b)(6) witness for Wedbush) / Deposition in San Francisco, CA;

4. March 6, 2008: **Thomas Krug** (Rule 30(b)(6) witness for Wedbush / Deposition by phone in San Francisco, CA;

5. March 11, 2008: Continued deposition of **Edward Safdie** (Cross-Defendant) / Deposition in New York, NY;

6. March 12, 2008: **Marlon Quan** (C.E.O. of Plaintiff Acorn Capital Group, LLC,) / Deposition in New York, NY; and

7. March 13, 2008: **John W. Nitz** (non-party affiliated percipient witness) / Deposition in New Haven, CT.

Plaintiff's counsel traveled to San Francisco and the parties completed the March 4 – 6, 2008 depositions. Thereafter, on March, 7, 2008, Edward Safdie advised that he would not be able to attend his scheduled deposition because he was ill and had been instructed by his doctor not to participate in the deposition. Mr. Safdie further advised that he had been prescribed and was taking medication that would impair his ability to testify, and also that he had been advised by his doctor to stay in bed for the next two weeks. Based upon Mr. Safdie's representations and in the interests of avoiding submitting a petition to compel Mr. Safdie's deposition, the parties conferred with Mr. Safdie and obtained his agreement to appear at his continued deposition on April 9, 2008. In order to avoid the expense and inconvenience of two separate trips to New York by Wedbush's counsel, the parties agreed to continue the depositions of Mr. Quan and Mr. Nitz for the same week as the agreed date of Mr. Safdie's continued deposition. Accordingly, to accommodate Mr. Safdie's illness and allow sufficient time for the parties' experts to consider the upcoming deposition testimony, the parties respectfully

1  request that the Court move the deadline to complete non-expert discovery to April 17,
2  2008 and the deadline for expert discovery to May 9, 2008, with expert disclosures to be
3  exchanged on or before April 25, 2008. This additional time will not impact any of the
4  Court's other deadlines, as the trial is not set to commence until September 8, 2008.
5      Accordingly, the parties have entered into the following stipulation, and
6  respectfully request that the Court execute this Proposed Order based on that
7  stipulation.

II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. The deadline to complete non-expert discovery may be continued from March 17, 2008 to April 17, 2008. The depositions of Marlon Quan and John Nitz will take place on April 8, 2008, in New Haven, Connecticut; and the deposition of Edward Safdie will take place on April 9, 2008, in New York, New York.

2. The deadline to complete expert discovery may be continued from April 11, 2008 to May 9, 2008 (with expert disclosures due by April 25, 2008).

IT IS SO STIPULATED.

DATED: March ___, 2008

GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: March 13, 2008

CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Third-Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

DATED: March 14, 2008

MAX SAFDIE, IN PRO PER

- 4 -
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DISCOVERY DATES
KL3 2646336.2

KYL_SF460720

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1. The deadline to complete non-expert discovery may be continued from March 17, 2008 to April 17, 2008. The depositions of Marlon Quan and John Nitz will take place on April 8, 2008, in New Haven, Connecticut; and the deposition of Edward Safdie will take place on April 9, 2008, in New York, New York.

2. The deadline to complete expert discovery may be continued from April 11, 2008 to May 9, 2008 (with expert disclosures due by April 25, 2008).

Dated: __March 18, 2008__         ___/s/ Jeffrey S. White___
                                  HONORABLE JEFFREY S. WHITE
                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DISCOVERY DATES
KL3 2646336.2
KYL_SF460720