CAMERON STOUT, CASB NO. 117373
cameron.stout@kyl.com
GARRETT R. WYNNE, CASB NO. 220665
garrett.wynne@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Suite 1500
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant and Third Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORN CAPITAL GROUP, LLC., | Case No. C 06 1674 JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DISCOVERY DATES |
| WEDBUSH MORGAN SECURITIES INC. and MAX SAFDIE, | |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

## I. INTRODUCTION

On March 14, 2008, the parties submitted their most recent [Proposed] Order for Continuing Discovery Dates. On March 18, 2008, the Court issued an Order continuing the Expert Discovery deadline to May 9, 2008 (from April 11, 2008) and continuing the deadline to complete Non-Expert discovery to April 17, 2008 (from March 17, 2008.

During the week of March 3-7, 2008, Plaintiff's counsel traveled to San Francisco and the parties completed the depositions of Wedbush's Rule 30(b)(6) witnesses (Messrs. Ohlson, Krug and Brandon) and the second portion of Max Safdie's deposition.

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DISCOVERY DATES

KYL_SF461662

Thereafter, on March, 7, 2008, Edward Safdie advised that he would not be able to attend his scheduled deposition because he was ill and had been instructed by his doctor not to participate in the deposition. Based upon Mr. Safdie's representations and in the interests of avoiding submitting a petition to compel Mr. Safdie's deposition, the parties conferred with Mr. Safdie and obtained his agreement to appear at his continued deposition on April 7, 2008. In order to avoid the expense and inconvenience of two separate trips to New York by Wedbush's counsel, the parties agreed to continue the depositions of Mr. Quan and Mr. Nitz for the same week as the agreed date of Mr. Safdie's continued deposition.

Thereafter, on March 31, 2008, Wedbush's attorney Garrett R. Wynne (who had been scheduled to travel to New York on April 6, 2008 for the depositions of Messrs. Quan, Safdie and Nitz) was unexpectedly required to travel to Anchorage, Alaska for two weeks to defend a temporary restraining order / preliminary injunction matter.[1] As a result of this other matter, Mr. Wynne was unable to travel to New York as intended and the parties agreed to re-schedule the remaining East Coast depositions to the week of April 21, 2008. The deposition of an additional nonparty witness, Beal Bank, located in Plano, Texas, has been scheduled for April 29, 2008. In light of the parties' agreement, and to allow sufficient time for the parties to complete these depositions and for the parties' experts to consider the upcoming deposition testimony, the parties respectfully request that the Court move the deadline to complete Non-Expert discovery to May 1, 2008 and the deadline for Expert discovery to May 23, 2008, with expert disclosures to be exchanged on or before May 9, 2008. This additional time will not impact any of the Court's other deadlines, as the trial is not set to commence until September 8, 2008.

---

[1] United States District Court, District of Alaska Case number 3:08-CV-00067-TMB.

1     Accordingly, the parties have entered into the following stipulation, and
2 respectfully request that the Court execute this Proposed Order based on that
3 stipulation.

II. **STIPULATION**

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. The deadline to complete expert discovery may be continued from May 9, 2008 to May 23, 2008 (with expert disclosures due by May 9, 2008).
2. The deadline to complete non-expert discovery may be continued from April 17, 2008 to May 1, 2008.

IT IS SO STIPULATED.

DATED: April 16, 2008

_____
GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: April ___, 2008

_____
CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Third-Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

DATED: April ___, 2008

_____
MAX SAFDIE, *IN PRO PER*

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Certain Pretrial Dates as follows:

1. The deadline to complete expert discovery may be continued from May 9, 2008 to May 23, 2008 (with expert disclosures due by May 9, 2008).

2. The deadline to complete non-expert discovery may be continued from April 17, 2008 to May 1, 2008.

IT IS SO STIPULATED.

DATED: April ___, 2008

_____
GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: April 16, 2008

_____
CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Third-Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

DATED: April 16, 2008

_____
MAX SAFDIE, *IN PRO PER*

- 4 -
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DISCOVERY DATES

KYL_SF461662

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pretrial dates and amends the Court's Scheduling Order as follows:

1. **The deadline to complete expert discovery may be continued from May 9, 2008 to May 23, 2008 (with expert disclosures due by May 9, 2008).**

2. **The deadline to complete non-expert discovery may be continued from April 17, 2008 to May 1, 2008.**

Dated: April 17, 2008

*[signature: Jeffrey S. White]*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE