UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACORN CAPITAL GROUP, )<br>)<br>Plaintiff(s), )<br>)<br>)<br>v. )<br>)<br>)<br>WEDBUSH MORGAN SECURITIES, )<br>et al., )<br>)<br>Defendant(s). )<br>_____) | No. C06-1674 JSW (BZ)<br><br>**ORDER CONTINUING<br>SETTLEMENT CONFERENCE** |

With the concurrence of counsel for Acorn and Wedbush, **IT IS HEREBY ORDERED** that the settlement conference previously scheduled for August 14, 2008 is **continued** to **Wednesday, August 27, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS FURTHER ORDERED** that the settlement conference statements shall be lodged and served by no later than **August 20, 2008.** The settlement conference otherwise remains in full force and affect.

Dated: August 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\acorn capital.sc.wpd          1