1  CAMERON STOUT, CASB NO. 117373
   cameron.stout@kyl.com
2  GARRETT R. WYNNE, CASB NO. 220665
   garrett.wynne@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Suite 1500
   Four Embarcadero Center
5  San Francisco, California 94111
   Telephone:  (415) 398-6000
6  Facsimile:  (415) 981-0136

7  Attorneys for Defendant and Third Party Plaintiff
   WEDBUSH MORGAN SECURITIES INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 ACORN CAPITAL GROUP, LLC.,        ) Case No. C 06 1674 JSW
                                     )
13                    Plaintiff,     )
                                     )
14       vs.                         ) **STIPULATION AND [PROPOSED]**
                                     ) **ORDER FOR CONTINUING**
15 WEDBUSH MORGAN SECURITIES INC.    ) **DEADLINE TO SUBMIT DEPOSITION**
   and MAX SAFDIE,                   ) **DESIGNATION OF ED SAFDIE**
16                                   )
                    Defendants.      )
17                                   )
                                     )
18                                   )
                                     )
19 AND RELATED CROSS-ACTION          )
                                     )
20 _____)

21 I.    INTRODUCTION

22       On August 4, 2008, following the pre-trial conference, the Court issued its Minute

23 Order setting a deadline of August 15, 2008 for the parties to submit annotated

24 transcripts of the depositions of individuals that are not expected to appear at trial.

25       Both Acorn and Wedbush have been working diligently to complete all of the

26 submissions that are due to be made pursuant to the Court's Minute Order. Tomorrow,

27 the parties will file their responses to objections to trial exhibits, a joint proposed special

28 verdict form and voir dire (on disc, as the hard copy has already been filed), and

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DEADLINE TO SUBMIT DEPOSITION
DESIGNATION OF ED SAFDIE

KYL_SF465350

annotated transcript indicating deposition designations for Acorn's former employee Scott Henjes, who will not appear at the trial. However, with regard to the deposition of Ed Safdie, whose designations will be more voluminous, it will not be possible to submit an annotated transcript by tomorrow, as Acorn's lead trial counsel Geoffrey Potter, who has been taking the laboring oar for Acorn in connection with the Safdie designations, has been indisposed for the past couple of days and Acorn's other primary trial counsel, Susan Jacquemot is currently out of the office on a long-planned family vacation. Although Ms. Jacquemot has been working remotely and coordinating with Mr. Potter in the office (and with Wedbush's counsel) to accomplish the other tasks that have been required this week, under the circumstances, it is not feasible for Acorn to complete the Ed Safdie designations, meet and confer with Wedbush's counsel on objections to those designations, and prepare an annotated transcript for submission tomorrow.[1]

---

[1] Ed Safdie, who resides in Connecticut, has indicated to Wedbush's counsel that he will be present for the trial. In accordance with the parties' discussion with the Court at the recent pretrial conference, since Mr. Safdie is beyond the Court's subpoena power, the parties are designating the portions of his testimony that they would present at trial merely as a precaution, in the unlikely event that Mr. Safdie does not appear.

## II. STIPULATION

In light of these issues, the parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing Deadline to Submit Deposition Designation of Ed Safdie as follows:

1. **The deadline to submit an annotated transcript of Ed Safdie's deposition is continued from August 15, 2008 at 4:00 p.m. to August 20, 2008 at 4:00 p.m.**

IT IS SO STIPULATED.

DATED: August 14, 2008

/s/ Susan Jacquemot
GEOFFREY POTTER
SUSAN JACQUEMOT
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attorneys for Plaintiff
ACORN CAPITAL GROUP LLC

DATED: August 14, 2008

/s/ Garrett R. Wynne
CAMERON STOUT
GARRETT R. WYNNE
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and Third-Party Plaintiff
WEDBUSH MORGAN SECURITIES INC.

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates certain of the previously-set pre-trial dates and amends the Court's Minute Order as follows:

1. **The deadline to submit an annotated transcript of Ed Safdie's deposition is continued from August 15, 2008 at 4:00 p.m. to August 20, 2008 at 4:00 p.m.**

Dated: August 15, 2008



HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 4 -    KYL SF465350
STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DEADLINE TO SUBMIT DEPOSITION DESIGNATION OF ED SAFDIE