**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACORN CAPITAL GROUP,

    Plaintiff,

    v.

WEDBUSH MORGAN SECURITIES, et al.,

    Defendants.
    _____/

No. C 06-01674 JSW

**ORDER RE OBJECTIONS TO EVIDENCE**

    The Court has received the parties evidentiary objections and responses regarding certain exhibits and deposition excerpts. The parties only provided the Court with chamber's copies of Exhibits 1 through 89. Therefore, the Court cannot rule on the objections to Exhibits 109, 110, 115, 122, 136. Defendant Wedbush Morgan Securities ("Defendant") shall deliver chamber's copies of these Exhibits by no later than 10 a.m. on Wednesday, August 20, 2008.

    With respect to any objections to Exhibits 1 through 89, the Court overrules the objections to Exhibits 12-14, 20-24, 37, 40, 41, 52, 53, 57-85, and 88. Plaintiff shall prepare a limiting jury instruction with respect to the purpose for which Exhibits 40 and 41 are being admitted. Plaintiff shall file such jury instruction by no later than 10 a.m. on Wednesday, August 20, 2008.

    The Court sustains the objections to Exhibits 25, 89, and 54 and 55 as to the liability phase.

///

///

The Court overrules Defendant's objections to the excerpt of the deposition of Scott F. Henjes.

**IT IS SO ORDERED.**

Dated: August 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California