UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Acorn Capital Group, LLC , ) <br> ) <br>         Plaintiff(s),     ) <br> ) <br>     v.                      ) <br> ) <br> Wedbush Morgan Securities, ) <br> et al. ,                    ) <br> ) <br>         Defendant(s).     ) | No.  06-1674 JSW (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO: Defendant Max Safdie and 3rd Party defendant Ed
    Safdie:

On 8/08/08, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for conf. 8/27/08.  Your statement was due 8/20/08.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, [each party who is late-either plaintiff or defendant] will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated:8/21/08

_____
Bernard Zimmerman
United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\SETTLEMENT CONFERENCE LATE PAPERS NOTICE.wpd

1