1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACORN CAPITAL GROUP,

       Plaintiff,

  v.

WEDBUSH MORGAN SECURITIES, et al.,

       Defendants.

_____/

No. C 06-01674 JSW

**SECOND ORDER RE
OBJECTIONS TO EVIDENCE**

     The Court has received copies of Exhibits 109, 110, 115, 122, 136. The Court HEREBY overrules Plaintiff's objections to Exhibits 109, 110, and 115 and sustains Plaintiff's objections to Exhibits 122 and 136.

     **IT IS SO ORDERED.**

Dated: August 25, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ACORN CAPITAL GROUP,

            Plaintiff,

v.

WEDBUSH MORGAN SECURITIES et al,

            Defendant.

_____/

Case Number: CV06-01674 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ed Safdie
234 Johny Cake Road
Old Lyme, CT 06371

Max Safdie
264 Morningsun Avenue
Mill Valley, CA 94141-3582

Dated: August 25, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court

For the Northern District of California